UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FORD MOTOR COMPANY-UAW RETIREMENT PLAN, | ) ) ) | CASE NO. 1: 09 CV 477 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) | ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION |
| ANDRIENNE WHEATLEY, et al., | ) ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh. The Report and Recommendation (Document # 21), issued on September 9, 2009, is ADOPTED by this Court. The Magistrate Judge recommended that Defendant Andrienne Wheatley's Motion for Judgment on the Pleadings (ECF #16) be denied as moot. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: October 19, 2009